**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 00-4876

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CORNELIUS KOLLOCK,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Malcolm J. Howard, District Judge.  (CR-00-158)

———————

Submitted:  April 6, 2001          Decided:  May 11, 2001

———————

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Louis C. Allen, III, Federal Public Defender, Eric D. Placke, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant.  Walter C. Holton, Jr., United States Attorney, Robert A.J. Lang, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

A jury found Cornelius Kollock guilty of one count of possessing a firearm after having been convicted of a felony, in violation of 18 U.S.C.A. §§ 922(g)(1), 924(a)(2) (West 2000). On appeal, Kollock contends that: (1) Section 922(g) is unconstitutional under the Commerce Clause, and (2) the district court erred by applying a 4-level enhancement for possessing a firearm in connection with a felony. Finding no reversible error, we affirm.

We find that Kollock's challenge to § 922(g) is without merit. See United States v. Gallimore, ___ F.3d ___, 2001 WL 313887, *3 (4th Cir. Apr. 2, 2001) (No. 00-4416).

We have reviewed the record and find that the 4-level enhancement under USSG § 2K2.1(b)(5) is not clearly erroneous. See United States v. Nale, 101 F.3d 1000, 1003-04 (4th Cir. 1996); United States v. Daughtrey, 874 F.2d 213, 217 (4th Cir. 1989).

Accordingly, we affirm the conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED